IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 2:16-00218

**DON LAMONT WILKERSON**

## MEMORANDUM OPINION AND ORDER

Before the court is defendant's pro-se motion to exclude the government's witnesses from testifying at trial. ECF No. 119. For the reasons that follow, the court **STRIKES** defendant's pro-se motion.

Although the Sixth Amendment guarantees a defendant's right to conduct their own defense and even represent themselves, see Farretta v. California, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a "hybrid manner." See McKaskle v. Wiggins, 465 U.S. 168, 183 (1984); see also United States v. Singleton, 107 F.3d 1091, 1100 (4th Cir. 1997) (stating that "the Supreme Court and other courts have at least implied that the right to representation by counsel and the right to self-representation are mutually exclusive"). As a result, Don Lamont Wilkerson's attempt to file his own motion, while represented by counsel, is prohibited. McKaskle, 465 U.S. at 183. Instead, defendant

should seek relief from this court through his counsel, Gerald Titus.[1]  Accordingly, defendant's pro-se motion is hereby **STRICKEN**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant and counsel of record.

**It is SO ORDERED** this 20th day of February, 2018.

                ENTER:

                David A. Faber
                Senior United States District Judge

---

[1] Who, as of this date, has filed 17 substantive pre-trial motions on behalf of defendant.