IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:16-00218

DON LAMONT WILKERSON

<u>MEMORANDUM OPINION AND ORDER</u>

On May 29, 2018, Don Lamont Wilkerson filed his third motion seeking an extension of time to file a motion for new trial. ECF No. 200. Counsel for defendant states that he did not receive copies of the pretrial motions hearings transcripts until May 16, 2018 and requests additional time to review the transcripts and finalize his motion. <u>Id.</u> Accordingly, Wilkerson requests that court extend the present May 31, 2018 deadline until June 7, 2018. <u>Id.</u> The government does not oppose the proposed extension.[1]

Pursuant to Federal Rule of Criminal Procedure 33(b)(2), "[a]ny motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict or finding of guilty." However, Federal Rule of

---

[1] The motion fails to state whether the government took a position on the motion. Since defendant's motion was filed two (2) days before the May 31, 2018 deadline, the court contacted the government, and the government indicated that it does not oppose the proposed extension.

Criminal Procedure 45 allows the court to give an extension of time if the requesting party files a motion "before the originally prescribed or previously extended time expires." Defendant's motion was filed on May 29, 2018, before the May 31, 2018 deadline imposed by the court in its previous Memorandum Opinion and Order.  See ECF No. 193.  For good cause shown, the court **GRANTS** defendant's motion, and his motion for new trial is due on or before June 7, 2018.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 31st day of May, 2018.

ENTER:

David A. Faber
Senior United States District Judge